IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 99-CR-00409-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES P. CLARK,

    Defendant,

and

A & S DIVERSIFIED,

    Garnishee.

---

**ORDER DISMISSING WRIT OF GARNISHMENT**

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

ORDERED and entered this  10th  day of  March , 2008.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              UNITED STATES DISTRICT JUDGE